The Public Service Commission, Appellant, *v.* Philadelphia & Reading Railway Company.

Argued Jan. 8, 1918. Appeal, No. 191, Jan. T., 1917, by The Public Service Commission, from order of Superior Court, Oct. T., 1916, No. 263, reversing order of The Public Service Commission, in case of The Public

Service Commission of the Commonwealth of Pennsylvania v. Philadelphia & Reading Railway Company. Before BROWN, C. J., MESTREZAT, POTTER, STEWART, MOSCHZISKER, FRAZER and WALLING, JJ.    Reversed.

Appeal from Superior Court.

The Superior Court reversed the order of The Public Service Commission.    The Public Service Commission appealed.

*Error assigned* was the order of the Superior Court.

*William N. Trinkle,* with him *Berne H. Evans,* for appellant.

*W. L. Kinter, J. T. Brady* and *W. A. Barkalow,* for appellee.

OPINION BY MR. CHIEF JUSTICE BROWN, February 25, 1918:

The question on this appeal is identical with that raised on the appeal of The Public Service Commission in the matter of the complaint against the Baltimore and Ohio Railroad Company, January Term, 1917, No. 190, and, for the reason stated in the opinion this day filed in that case, the order of the Superior Court is reversed and that of The Public Service Commission is affirmed, all costs to be paid by the appellee.